916

APRIL 27, 1990

No. A–754 (89–5167). TAFERO v. DUGGER, SECRETARY, FLOR-
IDA DEPARTMENT OF CORRECTIONS, 494 U. S. 1090. Application
to suspend the effect of the order denying certiorari, presented to
JUSTICE KENNEDY, and by him referred to the Court, denied.
JUSTICE BRENNAN and JUSTICE MARSHALL would grant the
application.

APRIL 30, 1990

No. 89–6976. KLEIN v. MASSACHUSETTS. Appeal from Sup.
Jud. Ct. Mass. dismissed for want of jurisdiction. Treating the
papers whereon the appeal was taken as a petition for writ of cer-
tiorari, certiorari denied.

No. 89–5297. HILL v. UNITED STATES. C. A. 6th Cir. Mo-
tion of petitioner for leave to proceed *in forma pauperis* granted.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *Florida* v. *Wells, ante,* p. 1.

No. 89–5446. KORDOSKY v. UNITED STATES. C. A. 7th Cir.
Motion of petitioner for leave to proceed *in forma pauperis*
granted. Certiorari granted, judgment vacated, and case re-
manded for further consideration in light of *Florida* v. *Wells,
ante,* p. 1.

No. 89–6903. SMITH v. MISSOURI. Sup. Ct. Mo. Motion of
petitioner for leave to proceed *in forma pauperis* granted. Cer-
tiorari granted, judgment vacated, and case remanded for further
consideration in light of *McKoy* v. *North Carolina,* 494 U. S. 433
(1990), and *Boyde* v. *California,* 494 U. S. 370 (1990).

No. — – ——. BROWN v. UNITED STATES. Motion for leave
to proceed *in forma pauperis* without an affidavit of indigency ex-
ecuted by petitioner denied.